# United States Court of Appeals
## For the First Circuit

No. 01-1376

CENTRAL MAINE POWER COMPANY,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

_____

No. 01-1377

BANGOR HYDRO-ELECTRIC COMPANY, ET AL.,

Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

_____

No. 01-1541

NSTAR SERVICES COMPANY,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

_____

No. 01-1551

ALTERNATE POWER SOURCE, INC.,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.
_____

ERRATA

The opinion of this court, issued on June 8, 2001, should be amended as follows:

On page 22, 2nd line from top, insert a space and "(D.C. Cir. 1991)" after "92".